IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:18 CR 656 |
| ) | Title 18, Section 641, United States Code |
| JOANNE C. COMSTOCK, ) | |
| ) | |
| Defendant. ) | JUDGE PEARSON |

COUNT 1
(Theft of Government Property, in violation of 18 U.S.C. § 641)

The Grand Jury charges:

From in or around February 2013 and continuing until in or around December 2014, in the Northern District of Ohio, Eastern Division, Defendant JOANNE C. COMSTOCK, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, and without authority dispose of property of the United States exceeding $1,000.00 in value belonging to the United States Social Security Administration, an agency of the United States to wit: Title II Retirement Insurance Benefits in the amount of approximately $28,461.00, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.